*Alfred L. Podolski* for the defendants.


JOHN J. CROWELL *vs.* COMMONWEALTH. December 3, 1965. Exceptions overruled. The petitioner filed for a writ of error principally alleging that he was not adequately advised of his right to counsel when on January 17, 1962, he pleaded guilty to indictments in the Superior Court charging him with assault and battery by means of a dangerous weapon and armed robbery. Prior to pleading he had filed a written waiver of his right to counsel under Rule 10 of the General Rules, 337 Mass. 813. The single justice in affirming the judgment found that the signature by the petitioner in the circumstances which obtained at the time when he pleaded guilty was "persuasive, if not conclusive, evidence" of his having reasonably understood, as an individual who had ordinary intelligence and a good deal of prior experience in the courtroom, that he was entitled to counsel.

The case was submitted on briefs.

*Joseph E. Marino* for the petitioner.

*Warren K. Kaplan,* Assistant Attorney General, for the Commonwealth.


ELIAS M. LOEW *vs.* LAWRENCE G. LASKEY & another. December 3, 1965. Interlocutory decree affirmed. Final decree affirmed with costs of appeal. The demurrer was rightly sustained. The generality of the allegation of fiduciary relationship between the plaintiff and the defendants, his business associates, fails to show a basis for imposing a constructive trust on the defendants' stock in corporations in which the plaintiff is the major stockholder.

The case was submitted on briefs.

*Robert M. Bonin* for the plaintiff.

*Lawrence A. Sullivan, David L. Weltman, & Henry P. Monaghan* for the defendants.